### 20970. HARLOW *v.* THE STATE.

BROYLES, C. J. While the evidence connecting the defendant with the offense charged was wholly circumstantial, it was sufficient to authorize the jury to find that it excluded every *reasonable* hypothesis save that of his guilt, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided December 19, 1930.

*P. Z Geer,* for plaintiff in error. *J. A. Drake, solicitor,* contra.